

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Ernal Lee Brown, Jr. (a/k/a Ernal Lee Lewis, Jr.); Mary Ola Brown (a/k/a Mary Ola Lewis and Mary Williams); and Lenthan Dwayne Brown (a/k/a Lenthan Dwayne Lewis) v. Walker Arenson

Appellate case number:   01-17-00515-CV

Trial court case number: C-1-PB-13-000775

Trial court:             Probate Court No 1 of Travis County

Motion:                  Unopposed Appellants' Attorney's Motion to Withdraw as Lead Counsel

Date motion filed:       December 27, 2018

The unopposed appellants' attorney's motion to withdraw as lead counsel is **GRANTED.**

Judge's signature: */s/ Michael Massengale*
                   Acting individually

Date:  December 31, 2018